UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOYCE CARRICO, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

THE GOOD BEAN, INC.,

                Defendants.
-----------------------------------------------------------x

Index No.: 1:23-cv-00926

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff JOYCE CARRICO hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant THE GOOD BEAN, INC.

DATED: July 5, 2023

**MIZRAHI KROUB LLP**

      /s/ Edward Y. Kroub
      EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*